UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
ROBERT DINGLE, JR., :
:
Plaintiff, :
: 19-CV-11533 (JMF)
-v- :
: TRANSFER ORDER
UNITED STATES DEPARTMENT OF EDUCATION :
and COAST PROFESSIONALS, INC., :
:
Defendants. :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

On December 18, 2019, the Court issued an order directing Plaintiff "to show cause in writing no later than January 3, 2020, why this case should not be transferred to the Eastern District of New York." ECF No. 6. The Court also warned that, if Plaintiff failed to respond, the Court would transfer the case without further notice. *Id*. Plaintiff did not file anything by the January 3rd deadline. Accordingly, the Clerk of Court is directed to TRANSFER this case forthwith (i.e., without waiting the seven days specified in Local Civil Rule 83.1) to the United States District Court for the Eastern District of New York, to close the case on this Court's docket, and to mail a copy of this Order to Plaintiff.

SO ORDERED.

Dated: January 6, 2020
New York, New York
JESSE M. FURMAN
United States District Judge